United States Court of Appeals
 for the district of columbia circuit

Nos. 98-3199, 97-3184 September Term, 1998

United States of America, No. 95cr00326-01 
 
 Appellee 
 
 v.

Charles W. Ramsey,

 Appellant
 
 Before: Wald, Williams, and Henderson, Circuit Judges.

 O R D E R

 It is ORDERED by the court that the opinion filed by the court on February 9, 1999
be amended as follows:

 Page 17, lines 10-12: Delete the following sentence "Such a prosecutor would not 
 be acting as the United States because an ultra vires act implicates no
 sovereign interest."

 Page 17, footnote 13: Add at the end of the footnote: "That section 201(b)(3) 
 applies to federal prosecutors while section 201(c)(2) does not, despite the
 similarities between the two sections, follows from Nardone; the
 Government has no recognized interest in paying a witness to give untruthful
 testimony and no absurdity would result in punishing a prosecutor who offers
 a witness money or any other thing of value to obtain untruthful testimony."

 Per Curiam
 For the Court

Filed on April 1, 1999